AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**KESARIMANGALAM KANNAN**
**DOB: xx/xx/50**
**PDID: xxx-xxx**

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 16, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**did knowingly travel into the District of Columbia from the State if Maryland, for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C. 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.**

in violation of Title **18** United States Code, Section(s) **2423(b)**.

I further state that I am **DETECTIVE MIGUEL MIRANDA**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE MIGUEL MIRANDA**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at **Washington, D.C.**
Date                                                                      City and State

_____                    _____
**Name & Title of Judicial Officer**                              **Signature of Judicial Officer**

## STATEMENT OF FACTS

In June 2006, Detective Timothy Palchak, a detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was logged onto a Yahoo! private internet chat room using the screen name "xxxxxxxxxxx" and posing as a 13 year old female. In June 2006, an individual using the screen name "xxxxxxxxx" initiated contact with "xxxxxxxxxxx" using the Yahoo! Instant Messaging service. During the course of instant messaging conversations that took place between the individual using the screen name "xxxxxxxxx" and Detective Palchak, Detective Palchak sent to "xxxxxxxxx" a photograph of a young child that Detective Palchak represented was a photograph of "xxxxxxxxxxx" The child in the photograph was standing on a beach wearing a bathing suit with a panda bear on the front of the suit. During the messaging conversations, which took place in June and July 2006, Detective Palchak stated that he resided at xxxx xxxxx Street, N.E. in the District of Columbia.

During an instant messaging conversation In July 2006 between "xxxxxxxxx" and Detective Palchak posing as "xxxxxxxxxxx", "xxxxxxxxx" arranged to meet "xxxxxxxxxxx" at a specific time at xxxx xxxxx Street, N.E. for the purpose of engaging in vaginal and oral sex acts. At the designated time, your affiant observed a South Asian male, later identified as the defendant, KESARIMANGALAM KANNAN, operating a red Saturn vehicle arrived at xxxx xxxxx Street, N.E. Your affiant spoke with the defendant who stated that he was looking for a place to live. The defendant was not arrested at that time.

In September 2006, Detective Palchak, operating in an undercover capacity as "xxxxxxxxxxx." was contacted by an individual using the screen name "xxxxxxxxxxxxx". The individual using that screen name indicated that he had formerly used the screen name "xxxxxxxxx" and had changed his screen name and that he had been stopped by police on the date he came to the District of Columbia to meet "xxxxxxxxxxx".

On September 14, 2006, Detecitve Palchak was working in an undercover capacity as "xxxxxxxxxxx" in a Yahool! internet chat room. The individual using the screen name "xxxxxxxxxxxx" contacted "xxxxxxxxxxx" by instant messaging and stated "can I suck your boob in the car..can I touch ur pussy also". The individual told "xxxxxxxxxxx" that he would meet her on September 15, 2006 at 5:40 p.m. at the Subway Sandwich shop on 13th Street, N.E. in Washington, D.C.

On September 15, 2006 at approximately 5:40 p.m. a South Asian male was observed by police officers walking in front of the Subway sandwich shop on 13th Street, N.E., Washington, D.C, . The individual looked inside the shop, and continued to walk around the area, looking around. Your affiant recognized the individual as the same person whom he observed in front of xxxxxxxxxxStreet, N.E., Washington, D.C. in July 2006. The individual, later identified as the defendant KESARIMANGALAM KANNAN, was arrested as he approached the same red Saturn automobile that your affiant observed him operating in front of the Adams Street address in July 2006.

After his arrest, it was determined that the defendant resided at x xxxxxxxxx xxxxx xxxxx in Germantown, Maryland. On September 16, 2006, your affiant and members of the

Metropolitan Police Department and Montgomery County Police Department executed a search warrant issued on the same date by the Magistrate Judge William Connelly, United States District Court for the District of Maryland at that address. Located on the premises was a personal computer. Your affiant conducted an image scan of the computer and found on the computer the photograph of the young female child that Detective Palchak had forwarded to "xxxxxxxx1".

 

_____
Detective Miguel Miranda
Badge Number D2-80
Metropolitan Police Department

Subscribed and sworn to before me this _____ day of September, 2006

_____
UNITED STATES MAGISTRATE JUDGE