## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

     v.          :          **Criminal No.** 1:06-mj-00401-JMF-1

**KESARIMANGALAM KANNAN**          :

       **Defendant**          :

### LINE OF APPEARANCE

Please enter the appearance of Richard A. Finci, as local counsel on behalf of

Defendant, **KESARIMANGALAM KANNAN**, in the above-captioned matter.

Respectfully submitted,

_____
RICHARD A. FINCI
HOULON, BERMAN, BERGMAN,
FINCI & LEVENSTEIN
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
(301) 459-8200
e-mail: finci@houlonberman.com
# 389-841

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of Sept , 2006, a copy
of the foregoing Line was mailed, postage pre-paid, to:

United State's Attorney
for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C.  20001

_____
RICHARD A. FINCI