2006 FDC 020407      File Date: 09/16/2006

UNITED STATES Vs. KESARIMANGALAM KANNAN

aka KESARIMANGALAN KANNAN

PDID #:

Lock up number

06-mj-401 (JMF)

**FILED**

SEP 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Title 18 U.S.C 2423

L-42

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES No. 2006 FDC 20407

Vs.

Kesarimangalam Kannan (Defendant)

TOT

P.D.I.D. No. 589-848

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: 9-18-06.

**COMMITMENT/RELEASE**

[X] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 9-18-06

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: Daisy Bygrave
Address: 633 Indiana Ave.
Telephone No. (202) 628-1200

DEFENDANT'S NAME:_____
Address:_____
_____ Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: 9/16/06

JUDICIAL OFFICER PRESIDING

white-court          yellow-usao          Pink-defense

CD-3026/Mar. 03

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Cal. # _____
Case No. **2006 FDC 20407**

United States of America
v.
**Kesavimangal Kannan**

Defendant's name | Defendant's address | Defendant's phone no.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**
THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF OR UNTIL
THEY ARE CHANGED OR AMENDED BY A JUDGE

| | | |
|---|---|---|
| ☐ PERSONAL PROMISE | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings as required by the Court. | |
| ☐ $ _____ | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. | |
| ☐ SUPERVISORY CUSTODY | You hereby agree to be placed in the custody of _____ who agrees (a) to supervise you in accordance with the conditions below, (b) to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c) to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone - 585-7077<br><br>SIGNATURE OF CUSTODIAN | Custodian's name<br><br>Custodian's address<br><br>Custodian's phone no. |
| ☐ YOU ARE TO STAY | ☐ away from the complaining witness. _____ name | ☐ within the D.C. area. |
| ☐ YOU ARE TO LIVE | ☐ at _____ address<br>☐ You are to verify your address with D.C. Pretrial Services in Room C-301 within 24 hours.<br>☐ Curfew is imposed at above address from _____ P.M. to _____ A.M. | phone no |
| ☐ DRUGS | Report to D.C. Pretrial Services Agency, Room C-220, for:<br>☐ Evaluation and if positive  ☐ Program placement by PSA<br>☐ Placement in court ordered surveillance _____<br>☐ Enroll in  ☐ Maintain participation at  ☐ PSA  ☐ ADASA  ☐ Other<br>Refrain from illegal drug use. | |
| ☐ YOU ARE TO REPORT TO | ☐ D.C. Pretrial Services Agency  ☐ Weekly  ☐ Other ____  ☐ By Phone  ☐ In Person<br>☐ Probation Officer  ☐ Weekly  ☐ Other ____  ☐ By Phone  ☐ In Person<br>☐ Parole Officer  ☐ Weekly  ☐ Other ____  ☐ By Phone  ☐ In Person | |
| ☐ REVIEW | You are to report to the D.C. Pretrial Services Agency at room C-301 immediately upon release for a review of conditions | |
| ☐ YOU ARE TO | Refrain from committing any criminal offense, the penalties for which are explained on the reverse side of this order. | |
| ☒ OTHER | **T.O.T. District Court** | |
| MONEY BOND<br>OR<br>$ HWB | ☐ **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit *to be returned* when the Court determines you have performed the conditions of your release. You will deposit the in registry of the Court _____ %.<br>☐ **SURETY BOND.** Upon execution of appearance bond with approved surety. | |
| NEXT DUE BACK | on **9/18/06** in Courtroom ____ at ____ A.M./P.M.<br>If you have any questions about the date, time, or location CALL THE D.C. PRETRIAL SERVICES AGENCY AT 585-7077 | YOUR ATTORNEY _____<br><br>address ____ phone no |
| DEFENDANT'S SIGNATURE ▶ | | I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required. |
| WITNESSED BY | _____ (title or agency) | DCPSA |

**IMPORTANT:** YOU ARE TO NOTIFY **IMMEDIATELY** THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., ROOM C-301 TELEPHONE NUMBER 585-7077, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

Date **9-16-06**       SO ORDERED _____

Case: 2006 FDC 020407

WHITE - COURT JACKET    GREEN - D.C. PRETRIAL SERVICES AGENCY    BLUE - DEFENDANT    [ATTO]RNEY
FORM CD-1293/REV. MAY06

# UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

## COMPLAINT

No. _____

District of Columbia ss:

Defendant's Name:   **Kesarimangalam Kannan**
　　　　　　　　　　(First)　　　　　(MI)　　　　(Last)　　　　　(PDID)　　(CCNO)

Address:

On or about September 15, 2006, the defendant, Kesarimangalam Kannan, did knowingly travel into the District of Columbia from the state of Maryland for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 8 U.S.C. 2246(2), with a person under 18 years of age, and said sexual act would be in violation of Chapter 109 of Title 18, United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

in violation of Title __18__ Section __U.S.C. 2423(b)__ of the United States District Court.

CHARGE: **Interstate Travel for the purpose of Engaging in Illicit Sexual Conduct**

_____
Affiant's Name

Subscribed and sworn to before me this ___ day of

_____
(Judge)   (Deputy Clerk)

Issued _____

Judge
Superior Court of the District of Columbia

| Sex: **Male** | DOB: | CCN: | PDID: |
|---|---|---|---|
| Papering Officer: **Timothy Palchak** | | | Badge No.: **D2-87** |
| AUSA Signature: | | | Fel. I [ ]　AFTC [ ]　Domestic [ ] |

Superior Court of the District of Columbia
Criminal Division

United States v. Kesarimangalam Kannan

1. In late June 2006, your affiant was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Your affiant was logged onto a Yahoo! private internet chat room as "daddysgrldc," and was posing as a 13-year old female. On that day, an individual using the screen name "stoneman1" initiated contact with "daddysgrldc" using the Yahoo! Instant Messaging service. During the course of the Instant Messaging conversations, your affiant sent to the individual using the screen name "stoneman1" a photograph of a small child that your affiant represented to be a photograph of "daddysgrldc." The child in the photograph was standing on a beach wearing a blue bathing suit with a panda bear on the front of the suit. During the instant messaging conversation, your affiant identified himself as a thirteen year-old female residing at                                                    )ia.

2. In July 2006, an individual using the screen name "stoneman1" engaged in an instant messaging conversation with your affiant, who was posing as "daddysgrldc." During the conversation, "stoneman1" arranged to meet "daddysgrldc" between 5:00 p.m. and 5:30 p.m. on a specified day in July 2006 at
Washington, D.C. for the purpose of engaging in sexual and oral intercourse. At the time specified by "daddysgrldc" (and on the date specified by your affiant), a South Asian male operating a red Saturn vehicle arrived at
This individual was approached by Detective Miguel Miranda, with the Metropolitan Police Department, and was asked what he was doing in the area. The individual was not placed under arrest at the time, and stated that he was looking around for a place to live.

3. In September 2006, while acting in an undercover capacity as "daddysgrldc" in a Yahoo! internet chat room, your affiant was contacted by an individual using the screen name "treehillfield." The individual using the screen name "treehillfield" indicated that he had formerly used the screen name "stoneman1" and that he had changed his screen name. During the instant messaging conversation, the individual using the screen name "treehillfield" indicated to your affiant that he had been stopped by the police in July 2006 on the date that he had originally arranged to meet "daddysgrldc."

4. On September 14, 2006, in the evening hours, your affiant was working in an undercover capacity as "daddysgrldc" in a Yahoo! internet chat room. The individual using the screen name "treehillfield" contacted your affiant through instant messaging. During the conversation, the individual using the screen name "treehillfield" stated: "can

The defendant told "daddysgrldc" that he would meet her on September 15, 2006 at 1740 hours, at the Subway Sandwich shop on          Washington, D.C. On September 15, 2006, at approximately 1740 hours, your affiant observed a South Asian male walking in front of the Subway sandwich shop on          Washington, D.C. This individual looked inside the sandwich shop, and then continued to walk around the shopping center while looking around. Detective Miguel Miranda confirmed that this individual was the same person that he had stopped in July 2006 in front of          NE, Washington, D.C. Your affiant followed this subject on foot and stopped him in front of Giant Food approximately one block away from the Subway sandwich shop. The defendant was stopped and placed under arrest. Detective Miranda also identified the

defendant's vehicle as the same red Saturn that the defendant drove to NE, District of Columbia, in July 2006.

5. Upon arrest, the defendant was identified as Kesarimangalam Kannan stated that he resided at                    Maryland. At the time of his arrest, the defendant had in his possession a Maryland driver's license identification that matched the aforementioned address.

6. Based on the aforementioned facts, your affiant has probable cause to believe that the defendant did knowingly travel into the District of Columbia from the state of Maryland for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 8 U.S.C. 2246(2), with a person under 18 years of age, and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, specifically 18 U.S.C. 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

The events and acts described above occurred in the District of Columbia and were committed by the defendant listed in the case caption.

_____    _D287_    _YTB_
Detective                   Badge #    District

Subscribed and sworn to before me this 16th day of September, 2006,

_____
Clerk, Superior Court of the District of Columbia