UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL CASE NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 06-401M** |
| | : | |
| **KESARIMANGALAM KANNAN,** | : | **VIOLATION: 18 U.S.C. § 2422(b)** |
| | : | **(Attempt to Entice a Minor to Engage in a** |
| | : | **Sexual Act)** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney informs the Court that:

Between on or about June 21, 2006 and July 11, 2006, in the District of Columbia, and elsewhere, the defendant, Kesarimangalam Kannan did knowingly attempt to persuade, induce, entice or coerce a person under eighteen years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008, by using a facility, that is, a computer and modem, connected to the Internet, which affected interstate commerce.

**(Attempt to Entice a Minor to Engage in a Sexual Act, in violation of Title 18, United States Code, Section 2422(b) )**

JEFFREY A. TAYLOR
United States Attorney

By: _____
Julieanne Himelstein
Assistant United States Attorney
555 Fourth Street, N.W., Room 4832
Washington, DC 20530
Bar # 417-136
(202) 514-8203