**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
   Plaintiff,

 vs.              Criminal No. 06-1307 (EGS)
KESARIMANGALAM KANNAN
   Defendant.
_____

**ORDER**

  On **NOVEMBER 1, 2006**, the defendant pled guilty to the One Count Information.

  Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **JANUARY 10, 2007**; defendant's memorandum of law, if any shall be filed by no later than **JANUARY17, 2007**; the Government's memorandum of law, if any shall be filed by no later than **JANUARY 24, 2007,** a reply, if any, shall be filed by no later than **JANUARY 31, 2007**; and it is further

  ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **FEBRUARY 6, 2007 AT 12:30 P.M.**

  IT IS SO ORDERED.

  DATE: November 1, 2006
            EMMET G. SULLIVAN
          UNITED STATES DISTRICT JUDGE