UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

Criminal No. 06-307(EGS)

KESARIMANGALAM KANNAN
    Defendant

## WAIVER OF INDICTMENT

I, KESARIMANGALAM KANNAN the above named defendant, who is accused of _Attempt to Entice a Minor to Engage in a Sexual Act, 18 U.S.C. § 2422(b)_ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _November 1, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
    Judicial Officer

AO 455(Rev.5/85) Waiver of Indictment