UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-307 |
| | : | |
| v. | : | |
| | : | FILED |
| KESARIMANGALAM KANNAN, | : | NOV 1 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant KESARIMANGALAM KANNAN and the United States agree and stipulate as follows:

The defendant is charged by information with a violation of Title 18, United States Code, Section 2422(b) (Attempt to Entice a Minor to Engage in a Sexual Act).

At all times relevant to this offense, KESARIMANGALAM KANNAN (hereinafter referred to as "KANNAN"), was a fifty-eight year-old adult male, residing in Germantown, Maryland.

Between June 21 and September 15, 2006, while inside his residence in Germantown, Maryland, using his home computer, and using the screen names "stoneman1" and "treehillfield", KANNAN entered into a "romance" public Yahoo chat room for Washington, D.C. (hereinafter referred to as "chat room") and chatted with an individual who identified herself as a thirteen year-old girl residing in Washington, D.C. (hereinafter "the child"). The child in fact was a Metropolitan Police officer acting in an undercover capacity.

During the course of the conversation, KANNAN, who thought he was talking to a little girl talked about having sex with her. KANNAN asked her, "do u sleep with ur daddy?", and asked her to send a picture of herself. After the "child" sent the picture of herself in water wearing a panda

bear bathing suit, looking very much like a prepubescent child, KANNAN remarked, "u have nice boobs...cute lips...can I suck it".

KANNAN then asked the "child" for her address, telling her, "we can meet and talk" and that she is [his] "little girl". KANNAN assured the child, "I will come as if selling something, ok...like cookies, if ur mom id [sic] thee [sic], I will go away". KANNAN further explains why he wants the child's address: "...i might have to close if my wife comes...thats y if I have ur address, we can meet sometime and talk". Even after the "child" suggests that they meet "down the street" because "I don't want to get in trouble", KANNAN insists:"thats y I said, give ur address, I will come there, once I talk to u, I will go and wait at the corner of street". When the "child" explains that she is afraid of giving out her address, KANNAN continues:

> **KANNAN: if you trust me, give ur address, otherwise don't**
>
> **"child": well like I just don't want mom to be home she would like freak**
>
> **KANNAN: i said I would be careful**
>
> **"child": she's like working now she works nights**
>
> **KANNAN: I said I will be careful, dont worry... I will knock on the door as if I am asking some addewss [sic]**
>
> **"child": well like im a little nervous because it embarrising but like what u said earlier about sucking my tits I have never had anyone do that**
>
> **KANNAN: if ur there I will talk and walk away...if u don't want it I wont do it**
>
> **"child": what do u want**
>
> **KANNAN: just talking to u...can u come out for shopping...**

KANNAN continues asking if her mother is working now, and "where is ur dad", and "do u stay

2

alone at night?", and again asks: "what is ur address, ur mom wont know. Then KANNAN continues:

**KANNAN: can I touch ur pussey...I wont do anything if u don't like it...I wont hurt u in any way...have u not touched ur pussey rself?...want to touch my dick?... have u touched a dick? ...so want to give ur address?**

But even after the "child" reluctantly gave her address, an apartment in N.E. Washington, D.C. KANNAN continued to ask more questions about where she lived, and her mother's work schedule: "what is the apartment number?...is there anything on the door to identify...how do I get in then...how do I come in if door is locked...if door is locked how can I communicate with u..2 houses on ground floor and 2 house on first floor?...will u take me to ur room?...u have nice pussey...have you seen your mom and dad having sex...want to have safe sex when we meet?...it may bleed if it's the first time, do u mind...I will do it slowly...you will ask for more when its done"

A few days later, without having planned to meet on a specific date and time, KANNAN told the "child" that: "I came yesterday, I could not find ur place".

On or about July 7th, 2006, KANNAN arranged to meet the child at a specific time at 1317 Adams Street, N.E. in the afternoon of on or about July 11th, 2006 to have sex with her. On or about July 11th, law enforcement observed a South Asian male, later identified as KANNAN, operating a red Saturn vehicle arrived at 1317 Adams Street, N.E. The law enforcement officer spoke with KANNAN who stated that he was looking for a place to live. The officer asked KANNAN for his identification. KANNAN provided identification to the officer. The officer had a very brief conversation with KANNAN, and then rushed back to his surveillance location to observe whether the "true" predator would appear. Clearly, the officer did not realize that KANNAN was the

predator that they were supposed to meet.

On July 18th, 2006, after the meeting was supposed to take place, KANNAN told the "child": "i came by the other day, cop was there and asked me where u what ru doing so I left".

Between July and early September, KANNAN attempted to contact the "child" many times, using a different screen name.

In September 2006, Defendant again initiated contact with "daddysgrldc." using the screen name "treehillfield". KANNAN explained that he had formerly used the screen name "stoneman1" and had changed his screen name and that he had been stopped by police on the date he came to the District of Columbia to meet "daddysgrldc".

On September 14, 2006, KANNAN contacted "daddysgrldc" by instant messaging and stated "can I suck your boob in the car..can I touch your pussy also". The defendant told "daddysgirldc" that he would meet her on September 15, 2006 at 5:40 p.m. at the Subway Sandwich shop on 13th Street, N.E. in Washington, D.C.

On September 15, 2006 at approximately 5:40 p.m. KANNAN was observed by police officers walking in front of the Subway sandwich shop on 13th Street, N.E., Washington, D.C. The individual looked inside the shop, and continued to walk around the area, looking around. Officers recognized the individual as the same person observed in front of 1317 Adams Street, N.E., Washington, D.C. in July 2006. KANNAN was arrested as he approached the same red Saturn automobile that defendant entered in front of the Adams Street address in July 2006.

Further investigation revealed that the defendant resided at 6 Milestone Manor Court in Germantown, Maryland. Moreover, a preliminary scan of KANNAN's computer revealed that the photograph of "daddysgirldc", depicting a young child in a bathing suit, had been received by

4

KANNAN's computer.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar Number 498-610

JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, N.W., Room 4832
Washington, DC 20530
Bar No. 417136
(202) 514-8203
Julieanne.Himelstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Statement of Offense was served upon Richard Finci, BY FAX at 301-459-5721.

Julieanne Himelstein
ASSISTANT UNITED STATES ATTORNEY

Kesari Kannan
KESARIMANGALAM KANNON

Defense Counsel

5