UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )
Kesarimangulam Kunnan )  Criminal No. 06-30<u>7</u>(EGS)
)
)
Defendant. )
)

FILED
NOV 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**O R D E R**

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house _Kesarimangulam Kunnan_ at Central Treatment Facility until further Order of this Court.

11/1/06
DATE

EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE