1  ALAN R. BAUM (SBN 42160)
   Criminal Defense Associates
2  20700 Ventura Boulevard, Suite 301
   Woodland Hills, California 91364
3
   (818) 571-3855
4
   Attorney for Defendant
5  KESARIMANGALAM KANNAN

6

7                    UNITED STATES DISTRICT COURT

8                   FOR THE DISTRICT OF COLUMBIA

9

10 UNITED STATES OF AMERICA,      )    Case No. CR 06-307-REC
                                  )
11           Plaintiff,           )    **DEFENDANT'S POSITION RE:**
                                  )    **SENTENCING FACTORS, WITH**
12       v.                       )    **EXHIBITS**
                                  )
13 KESARIMANGALAM KANNAN,         )    Date:  March 22, 2007
                                  )    Time:  11:00 a.m.
14           Defendant.           )    Court: Honorable
                                  )           Emmet G. Sullivan
15 _____)

16      Defendant  KESARIMANGALAM  KANNAN,  through  counsel,  hereby

17 submits his Position with Respect to Sentencing Factors.

18      Defendant,  through  counsel,  respectfully  requests  the

19 opportunity to make additional comments relevant to his position at

20 the time of sentencing.

21

22 Date: March ___, 2007              Respectfully submitted,

23                                    CRIMINAL DEFENSE ASSOCIATES

24

25                          By    _/s/ Alan Baum_____
                                  ALAN R. BAUM
26                                Attorney for Defendant
                                  KESARIMANGALAM KANNAN
27

28

                                  1

**I**
**INTRODUCTION**

On November 6, 2006, Defendant KESARIMANGALAM KANNAN pleaded guilty, pursuant to a written plea agreement dated October 17, 2006, to a one count Information charging a violation of 18 U.S.C. §2422 (b), Attempt to Entice a Minor to Engage in Sexual Activity. The defendant has elocuted and stipulated to facts as contained in the Statement of Offense which has been filed with the Court.

**II**
**FACTORS UNDER U.S.C. § 3553(a)**

Prior to the recent Supreme Court decision in <u>United States v. Booker</u>,125 S. Ct. 738 (2005), the Federal Sentencing Guidelines were mandatory in nature, based on the instructions set forth in 18 U.S.C. §3553(b).  Although departures below the guideline range were permissible in some instances, in practice, departures, with the exception of departures for Substantial Assistance [see U.S.S.G. §5K1.1], were rare and were expected to be rare.  The remedial portion of the <u>Booker</u> decision, however, excised §3553(b) from the United States Code, thus rendering the guidelines just one of the factors to be considered in formulating a just and appropriate sentence that is "sufficient, but not greater than necessary, to comply with the purposes of sentencing set forth in paragraph (a)(2)" .  18 U.S.C. 3553 (a) states:

> **a) Factors to be considered in imposing a sentence.**--The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider–

**(1)** the nature and circumstances of the offense and the history and characteristics of the defendant;

**(2)** the need for the sentence imposed--

**(A)** to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

**(B)** to afford adequate deterrence to criminal conduct;

**©)** to protect the public from further crimes of the defendant; and

**(D)** to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

**(3)** the kinds of sentences available;

**(4)** the kinds of sentence and the sentencing range established for--

**(A)** the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines...

**(5)** any pertinent policy statement

**(6)** the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.

In the case before the Court, this defendant's advisory guideline range is 46 to 57 months, with a statutory minimum term of imprisonment of 5 years.  The defendant submits that, based upon the totality of the circumstances to be considered under 18

3

1  U.S.C. 3553(a), a sentence of 60 months is "sufficient, but not
2  greater than necessary, to comply with the purposes of
3  sentencing". Notwithstanding the nature of the offense, this
4  defendant continues to be blessed by the love and support of his
5  family and many friends, as demonstrated by the attached letters
6  of support. While a lengthy prison sentence is certainly in
7  order, some consideration should be paid to the root causes of
8  defendant's behavior with an eye toward some form of treatment.
9  The defendant will be asking the Court for a judicial
10  recommendation to the Bureau of Prisons that he be considered for
11  placement in the Sexual Addiction Program at FCI Butner (North
12  Carolina).
13

14                          **III**
15              **LETTERS OF RECOMMENDATION**
16
17      Attached for the Court's consideration are letters from the
18  defendant's extensive family, numerous friends and business
19  associates, and certificates demonstrating his exemplary
20  professional accomplishments. Many members of the defendant's
21  family will be attending the sentencing hearing as a show of
22  support. _
23  Respectfully submitted,
24
25                              CRIMINAL   DEFENSE   ASSOCIATES
26
27                          By   /s/__Alan Baum_
28                               ALAN R. BAUM

1    20700 Ventura Blvd., Suite 301

2    Woodland Hills, CA 91364

3    Tel: (818) 313-6870

     Fax: (818) 313-6871

4    Alan.baum@emailcda.com

5

6    Attorney for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Good conduct letters
from family and friends

January 24, 2007

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

I am writing this letter on behalf of Mr. Kesarimangalam Kannan. I have known Mr.
Kannan for more than 10 years as a friend and a local ethnic community leader. He had
served as the President of our community cultural association. I have met him and his
family several times at his residence, as well as in ethnic family parties, weddings,
temples and other social gatherings outside.

In all the years I have known Mr. Kannan, I have found him to be a man of good
character with a kind heart. He was always willing to help others when necessary.
Mr. Kannan is a well educated and highly respectable person. To my knowledge, at any
time by word or deed, Kannan has never given us any reason to distrust him, nor has he
behaved in a questionable manner.

Therefore, I was shocked when I heard about Mr. Kannan's recent action for which he
faces punishment in your court. I am sure Mr. Kannan is extremely sorry for his behavior
and has realized his mistake. So I beg you, Hon Judge Sullivan, to please be lenient with
him, in view of the fact that his ailing mother (a widow over 80 years old) and also his
family depend on him for support.

Sincerely,

Raman Pichumani
12525 Triple Crown Road
North Potomac, MD 20878

651 Larkspur Lane
Grand Junction, CO 81506
January 15, 2007

Honorable Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan:

I am writing this letter on behalf of my uncle Kesarimangalam Kannan. I have known
him all my life. Since my father passed away nine years ago, he has been the patriarch of
our extended Indian family. Since childhood, all my memories of him are of a kind,
decent man. He has always put our family first. He brought his immediate family to
America with little money and has worked hard to give them the best this country has to
offer. He has helped a lot of my family come to this country and housed them and fed
them while they went to school and went on to their own successful lives. It is the classic
story of immigrant achievement.

I am aware that he has pled guilty to a serious offense. This saddens me. We consider
the successes and failures of each one of us to reflect on the entire family. My uncle
understands that he has shamed himself and his entire family. I know he will never again
commit a criminal offense. Our entire family is committed to ensuring that he gets the
help needed to prevent such an offense from occurring again. I respectfully ask you to
use as much latitude as the law allows for leniency during sentencing.

I thank you for your consideration.

Sincerely,

G. Joyce Sekharan, MD

**Mr. and Mrs. Natarajan**
9901 Bald Cypress drive, Rockville, MD 20850
E-mail: vnatarajan@comcast.net

To

January 16, 2007

Hon. Emmet G. Sullivan
United States District Court Judge
District of Columbia

### Request for Leniency in the Sentencing of Mr. Kesarimangalam Kannan

Honorable Emmet G. Sullvan:

We are writing this letter to request leniency in the sentencing of Mr. Kesarimangalam Kannan. We agree that what he did was unacceptable and a punishable crime. However, we know him for many years as a caring father, husband and a great friend. We spent a lot of time socializing together. Also, at that time our kids and his children spent a quite some time in each others house. Those days Mr. Kannan was a trusting friend and a caring 'uncle' for not only our children and also for a number of other children which included many girls. Nothing untoward ever happened and Mr. Kannan was a gentle man and an 'uncle' for all the kids.

It is obvious that something did go wrong recently in his behavior, may be his mid-life crisis. What he did was wrong and should be punished. But we are requesting you to consider his behavior during his entire life rather than what was done during a past few months. He is repenting for his offense and has accepted responsibility for his actions by pleading guilty. A long prison time could result in the loss of a productive citizen and a family man. So we request you to consider a minimum time in prison followed by rehabilitation therapy. That would return a productive citizen, a loving son for his old (86 years) mother and a caring father to the society.

Sincerely,

Ven Natarajan

Pachai Natarajan

Hon.Emmet G. Sullivan
United States District Court
District of Columbia

Most respectable Hon. Judge Sullivan,

I, the mother of Mr. Kesarimangalam Kannan would like to tell you about my son. I am 88 years old. I came to USA from India with my son, Kannan in 1986 and since then I have been living with him and my daughter-in-law.

My son has always been very good, has been humble and timid in all his younger years, has never committed any mistake and has always earned a good name from his high school teachers and later from his professors during his college days. He has been a hard worker and has always earned respect and praise in his career. He has been a great worker in NASA for almost 18 years. He is also a very courteous person having helped a lot for the welfare of the community and made donations to the temples. He was the President of the Tamil Sangam of Greater Washington metro area and has effectively contributed to the community. I am very proud to be his mother.

Kannan has a wide circle of friends and has earned wide respect and love from his friends and has always been a great help to everyone, young and old. A family friend of ours met with a serious car accident a few years ago and Kannan gave great support to those family members during that traumatic period. He brought the affected family to his house and together with my daughter-in-law he took great care of them.

Kannan is a very caring son who takes me to the hospitals, shopping malls and to all the parties that he went. He is the one who monitored every day my blood pressure and blood sugar levels and kept a vigilant watch on my diet to keep them under check thus making my life very comfortable and secure. Now without him around, I feel much depressed and terribly insecure and I am going through a lot of emotional pain everyday. I have 6 children, but Kannan is the one who has supported me all these years with care and love. The latest incidence related to Kannan is an utter shock to me since Kannan is just not that kind of an individual.

Hon. Judge Sullivan, I can vouch that Kannan is extremely sorry and never again will do such a crime. So, I beg of you to please forgive him and show clemency towards him and send back my beloved son to me with the least punishment.

Thank you very much in anticipation,

Yours sincerely

. A · K · பார்வதி.

A.K.Parvathy
(Kannan's mother)
6 Milestone Manor Ct, Germantown, MD-20876
Ph: 301-540-7167

Hon. Emmet G. Sullivan
United States District Court
District of Columbia

Dear Honorable Judge Sullivan,

We, the sons of Mr. Kesarimangalam Kannan are hereby pleading on his behalf. Our father along with our mother came to the USA from India in 1984 searching for the American dream. Living in a one-bedroom apartment with his wife, son and another son on the way, he worked long hours for minimum wage. As he worked hard he moved up in his field switching jobs to give his children a better life and education. He has earned numerous awards and certificates to show his merit and goodness. His company has had many occasions where they have notified our father as one of their best employees, and a model citizen. As recently as in 2005, he was also one of the people honored for his good work as a team member in one the well known projects (James Webb Telescope) in NASA, Greenbelt.

Our father is known throughout the community as helping and caring. He feels as if everyone around him is considered as a family, and is on their doorstep whenever anything is needed. He has always had a helping nature putting other people before him and he is as much a part of the community families as he is ours. He has helped bring in people that have been new to this country. He has held major positions in organizations that are there to benefit the well being of people, such as Tamil Sangam of Washington DC metro area, where he took the position of President. Our father is looked upon as a leader, Good Samaritan and a role model to the public.

Our father is greatly known and understood in our circle of friends and family for his devotion and support. The prime example is not only did he bring his wife, his mother, and his two sons to this country, but he brought with no hesitation his two nephews, their wives, his brother and his wife their son and daughter into his home, and gave them the fundamental support needed to establish their position in society. He allowed them to settle in and supported them, giving them whatever they needed and more. He helped pay for their education, bought them clothes, and always gave them anything that they required to be successful in their life.

A honorable example of his support is through our college education. My brother and I would be nowhere in this country, world or our life without the influence of our father. Our father taught us the importance of morals, values, and mainly the importance of our education. After paying fully for one son's tuition education, he is now taking care of the other son's education easing the burden upon the family. Without this continuing support we would lose this essential head start that is needed to be successful in life. In addition we are missing the adoring love and feeling of security. Most of all we miss his company and this period of separation and tribulation is terribly hard on our mom and us. So from our hearts, honorable Judge Sullivan, we beg for your leniency towards our father, and to have him home as soon as possible.

Thanking you sincerely,

Harish Kannan ( elder son of Mr. K.S. Kannan)

Kiran Kannan ( younger son of Mr. K.S. Kannan)

No. 6, Milestone Manor Ct, Germantown MD 20876.

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

I am writing this letter in reference to Mr. Kesarimangalam Kannan. I have
known Mr. Kannan for over 16 Years as his immediate Supervisor at Swales
Aerospace for the last 9 Years, and his colleague for 7 Years.
Kannan's work performance was excellent, his support to projects and
dedication to tasks was unwavering. This reflected his attitude to his family
and friends.
He was a leader in tasks, supported colleagues and guided others around him
in every aspect of his job. This also reflected his quality in everyday life.
Performing his job performance reviews he has always accepted and adapted
to any changes recommended and learned to change in his approach to
performing his tasks.
I am sure and confident that trait in him will make him accept his
responsibility to offences he has conceived to commit and change to fit and
be a responsible citizen.
Please consider my sincere request for leniency in his sentencing as I am
confident he already is a changed person.

S. Patel
11918 Evening Ct.
Clarksville MD 21029
Ph. 410 531 1405

# C. P. Ranganathan

B. E., B. L. MBA, LL.M

**Engineer, Attorney & Retired Executive of the World Bank**

**5901 Empire Way, Rockville, MD 20852**

**Phone: 301-770-8677, E-mail: cpranganathan@gmail.com**

To                                                                                    **December 15, 2006**

Hon. Emmet G. Sullivan
United States District Court Judge
District of Columbia

## Request for Leniency in the Sentencing of Mr. Kesarimangalam Kannan

Honorable Emmet G. Sullivan

I am writing this note from the point of view of an elderly member of Asian Indian Community in the Metropolitan Washington area in which Mr. Kannan is a well respected member. My family and I have known Mr. Kannan for the past fourteen years as a very good friend that one could turn to for help anytime. In fact the Community had elected him as President of its Cultural and Social Association (Tamil Sangam), a few years ago. Although the act intended by him is morally reprehensible, he now appears to repent for his mistake which is demonstrated by his waiving of a Jury trial and to accept responsibility for his action. I wish Mr. Kannan, a good citizen, a good husband, a good father and who provides support for eighty year old mother had the good sense to avoid finding himself in the situation that he is now in.

Although I strongly believe that one should repent and pay for his/her mistakes, considering that it is his first offence for which he appears to repent and that his family especially his elderly mother will be deprived of his support , I believe he deserves mercy and compassion. With a lenient sentence, preferably either avoiding or minimal jail time and community service, Mr. Kannan could still be helped to continue to be a productive member of the society.

Sincerely,

(C. P. Ranganathan)

**Nat Gopalswamy**
**11205 Green Watch Way, N. Potomac, MD 20878**

**To**                                                        **December 26, 2006**

Hon. Emmet G. Sullivan
United States District Court Judge
District of Columbia

**Request for Leniency in the Sentencing of Mr. Kesarimangalam Kannan**

Hon. Judge Emmet G. Sullivan

    I am writing this note, requesting leniency in the sentencing of Mr. Kesarimangalam Kannan. I have known Mr. Kannan since the early 1990s, first met during one of the functions of the Tamil Association, which has membership from Maryland, Washington DC, and Virginia. He has been an active member of the Association for many years and has done commendable service to the community. He has served with me as one of the officers of the Association and later became the President. Our families became friends and over the years we have never seen any hint of such a behavior on the part of Mr. Kannan. We were shocked when we heard about the offence and we do realize that the act committed by him is totally unacceptable to my family and me. However, from his conversation with his family members we learn that he is extremely remorseful and repents for his actions. The fact that he has pleaded guilty and waived a Jury trial indicates that he has accepted responsibility for his actions. Considering that this is his first offence originating in an on-line chat room, which he sincerely regrets, and that a harsher sentence would hurt his family, especially his elderly mother, I request you to show leniency in his sentencing. With a minimum sentence limiting/avoiding jail time combined with community service, Mr. Kannan could still be rehabilitated to continue to be a productive member of the society.

Sincerely,

(Nat Gopalswamy)

January 01, 2007

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

We are writing this letter on behalf of our brother in law Mr. Kesarimangalam Kannan.
Mr. Kannan as a brother in law since 1981 has been the epitome of love and affection in
our family. My mother (his mother in law) who is now 77 years of age and who was
hospitalised here in Canada a few months back for heart problems is so fond of him as a
son in law for all the love and affection he has showered during her hospitalisation as
well as all the 26 years since being married to my sister.

What Mr. Kannan has done is not right but considering his past and concern for the family
and friends, the inner self of me and my wife along with our mother would like to plead
to your Honour, to kindly consider his over all individuality when passing your verdict.

He has been an excellent employee in his field of work, a very loving son to his mother
who is now 86 years old and is being cared for by him .The pain she is suffering to see
her son behind bars is unbearable to all of us but Sir only you could lower the pain and
suffering that all of us are undergoing right now. Mr Kannan who is well respected by all
his friends and relatives was always ready to lend a helping hand to anybody who would
request his help and he would go out of his way to render assistance. Mr.Kannan
has never given us any reason to distrust him nor has he behaved in a questionable
manner.  He has consistently been a very decent, kind, considerate and helpful person.

We are sure Mr. Kannan is extremely sorry and has realized his mistake. So Hon. Judge
Sullivan, we beg you to please be lenient with him in your sentencing.


Sincerely & Respectfully

Ranganathan Seshadri

Latha Ranganathan

Name: Mr & Mrs. Ranganathan Seshadri
Address: 72 Woodbine Place
Oshawa ON.L1L 1C6
Canada
Phone No. 905-576-0261

Hon. Judge Emmet G. Sullivan                                    **December 5, 2006**
**United States District Court Judge**
**District of Columbia**

**Dear Judge Sullivan**

I felt quite honored to write this letter on behalf of Mr. Kesarimangalam Kannan
who has been our family friend for past 10 years.  We met quite often in Social
gatherings, at his or our residences for family parties and especially during
Thanksgiving weekend.

In addition to raising a family and being a good husband, father and brother,
Kannan has always found time to get involved in life around him. Unlike many
people these days, whenever he adopts a cause or pursues a new interest he is
guaranteed to be highly committed.

Kannan is only a few years older than me, but in terms of the influence he had on
my life he might as well have been my brother. He was an honors student in high
school and honor student in College as well. I watched Kannan take a deep interest
in the lives of many of the people around him. By example, Kannan taught me not
only the value of helping others, but the importance of loyalty and commitment.

Kannan is also a problem solver. Much thought goes into the things Kannan does,
and he has an unusual ability to notice what others overlook.

Kannan is very well respected in the society and especially among his relatives and
friends which need recognition as these go unnoticed most often.

I could continue with descriptions of Kannan many other good qualities- his work
ethic, his energy, and his creativeness to name three. Instead I would simply like to
say how much I think of Kannan and his high level of commitment in the tasks he is
assigned.

I am aware that Kannan has committed a very serious offense, that he has pled
guilty and that he will be sentenced for his crime. I certainly do not sanction what he
has done but I still consider Kannan (even though not born by blood but I consider
him as my brother) to be a greatest asset to the society and I am very positive that
he will never again commit a criminal offense especially crime of this nature. I can
say this from bottom of my heart since we have been Kannan's family friend for
past 10 years and knowing Kannan that well.

Sincerely,

Tim Samuel, MBA.
President—North American Software Consultancy Inc.
2396 Ballard Way, Ellicott City, MD 21042.
Tel. (410) 203–1272.

Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia

Hon. Judge Sullivan:

We are writing this letter ragarding Mr. Kesarimangalam Kannan who is our family
friend. We have known Mr. Kannan since 1992 as a neighbor and friend and have met
him frequently at our respective residences, as well as in social gatherings outside.

In the past 14 years of our association with Mr. Kannan, we have only seen a friendly and
helpful neighbor, a sincere friend, a caring son, a loving husband and a great father. Mr.
Kannan has been a favorite and sought after person because of his congenial and kind
nature. His contribution as an effective member of the society has been commendable
during his tenure as a Member and as President of "Tamil Sangam of Washington, North
America".

We are aware that Mr. Kannan will be sentenced to jail for a serious offense. Mr.
Kannan is a well educated man, a respectable member of society and has been a law
abiding citizen all these years with a consistently clean record but for this one instance.
Given his nature and character, we believe that he is extremely remorseful and will
certainly not repeat such actions. So, we humbly request you to show leniency with the
sentence taking into account all his positive attributes as well as the suffering his family
is experiencing.

Name: Souri and Meera Manoharan

Address: 11039 Grassy Knoll Terrace
         Germantown, MD 20876

Phone No: 301-540-8383.

Dear Judge Sullivan,

I am writing this letter regarding Mr. Kesarimangalam Kannan, who is my Uncle. My wife and I have had a chance to know him closely over the past 10 years.

Mr. Kannan had been someone who always put his family first with respect to him. When we first moved to the United States, he helped us in settling down, in a new country. When we needed his support, he had always been there for us. He did not think of his comfort when it came to helping others. He did not think twice about helping family, whether it is us in Cranberry, PA, his sister in Danville, IL or his brother-in-law in Oshawa, Canada. In fact, when his brother lost his wife, he left to India within a moment's notice, to be with his brother. When my mother had to undergo a kidney transplant operation 13 years back, he helped us morally and financially. He had always been a very dependable and reliable person.

Mr. Kannan is a well educated and highly respectable person. He had been very popular and has a very wide circle of friends. He had consistently been a very decent, kind, considerate and helpful person. We never had any reason to distrust him or question his behavior.

We are aware that Mr. Kannan has committed a serious offense for which he will be sentenced to jail. I am sure that he is extremely sorry and has realized his mistake. So, Hon. Judge Sullivan, we beg you to please be lenient with him.

Balaji Ramani

917 Stratford Ct,
Cranberry Twp, PA 16066

412-663-0024

January 3, 2007

### _Request for Leniency in the Sentencing of Mr. Kesarimangalam Kannan_

To the Honorable Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan.  I am a close family friend of Mr. Kannan and have known him for over 17 years.  I know him to be an honest family-oriented man whose forthright and honest opinions I have come to respect and value.  He is a well-educated man who has a position of respect at Swales Aerospace and NASA.  He is also known in our community as a person with a high ethical standard and firm moral code and is therefore esteemed by all.  Mr. Kannan was a former president of our cultural society and was very well regarded during his time in office.

The nature of the accusations that were leveled against Mr. Kannan a few months ago came as a brutal shock for all of his family and friends.  I have spoken with him about the charges and he understands the grievous nature of this crime.  He has expressed his deep and genuine compunction over the whole incident and I sincerely believe that he wholeheartedly regrets his actions.  For this reason, I am writing to plead for leniency on his behalf.  Mr. Kannan has no prior history of criminal activity, is a greatly admired member of our community, and has understood his crime and expressed his sincere regrets.  I respectfully ask that these details be taken into consideration when deliberating Mr. Kannan's sentence.

Thank you very much for your time and consideration.

Sincerely,

Suseela Gopalswamy
11205 Green Watch Way
North Potomac MD, 20878
301-217-9691

Honorable Judge Sullivan                                    Dec 8, 2006
United States District Court Judge
District of Columbia

Dear Honorable Judge Sullivan,

We are writing this letter on behalf of Mr. Kesarimangalam Kannan who is our family
friend. Our family has known Kannan since 1990. My kids and Kannan's kids are the
same age and they have been friends since an early age. We met Kannan's family at
Indian Association functions and other social gatherings

Our family would meet with Kannan's family and other family friends' almost every
weekend for social gathering at one of our friend's house. Our family got along well with
Kannan's family and we became very close friends.

During those social gatherings, Kannan is very friendly and very compassionate. He has
helped our family on many occasions. He has always given good advice to my family and
my kids. He is generous, compassionate, sincere, loving and a good father. He has raised
two great kids who want their father back. Despite his actions which are under trial,
Kannan is a role model. Out of the three children living in America, he is the one who has
taken responsibility to care for his aging mother proving to be an example for his
children.

Mr. Kannan was always willing to help anyone. Our family benefited from his financial
expertise many times from things such as house mortgage, car insurance and the stock
market. In our friends circle we always called Mr.Kannan the house fixer because he did
all his house repair, remodeling (changing floor, cabinets, counter tops) by himself where
other male friends hired someone to repair around the house. Kannan took pride in doing
his house repair by himself. We consider Kannan to be our own brother because he
helped us many times and we felt comfortable in asking help.

We are aware that Kannan will be sentenced to jail for a serious offense. Despite the
severity of the actions Kannan made, the outcry in our community and the genuine
concern for him and his family from his friends and family is a testament to the genuine
goodness in Kannan's heart. Hon. Judge Sullivan, we plead you to go lenient with him.

Sincerely,

Dr. Jeyasingh Nithianandam

Mrs. Vinitha Nithianandam
3011 Martin Meadows Court
Ellicott City, MD 21042
410-480-3629

Hon. Judge Emmet G. Sullivan

United States District Court Judge

District of Columbia

Dear Judge Sullivan

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is a family friend. My husband and I know him since 1994. We met him first as the President of the Tamil Sangam(South Indian Language Association). During that time they were in need of a Copy Editor/writer for the monthly magazine "Thendral" and I volunteered for that. Every week he used to come to our house to give the Original articles to load it in Microsoft word to enable them to send to Printing press for futher process.

In 1996, one fine morning he knocked our door, my husband opened the door and told him that I am sick and could not do the work for sometime due to morning sickness with my second child's pregnancy. He didnt say a word to my husband and walked out, after 30/45 minutes or so, we heard a knock again at the door. My husband opened the door, to our surprise, he was with his wife, mother and carrying some dishes in his hand.

He went home and told his family about my pregnancy and asked them to make some grandma receipe to reduce my sickness and not only that, he brought the whole family to show me that they are there to give shoulders to lean on.

Years passed, even though we were not meeting regularly, but at Temples and at Tamil Sangam Meetings or in the shopping center or Mall. I can still see the same Kannan standing at our door step with his mother and wife beside him and carrying the dishes with the smile, as if he is bringing food to his own sister, every time I see him.

He is really attached to his mother and always used to see him accompanying his mother and holding her hands while walking so that she won't trip over.

I know he committed a serious offense, I defenetely know that he made a mistake and realised it and so please be considerate, taking into account his past good, kind nature and future of his kids, I personally beg your mercy in this regard.

Swathi Chandrasekharan 12/10/06

15 Travis Court

Gaithersburg

MD 20879-3212

Phone 301-926-6292

*Vallabai Isaac*
8910 Snow Acre Drive
Laurel, MD 20708
(301) 483-9103

December 15, 2006

Hon. Emmet G Sullivan
United States District Court Judge
District of Columbia

Most Respectable Hon. Judge Sullivan:

It is very unfortunate to be aware that Mr. Kesarimangalam Kannan has committed a grievous crime, which is punishable in the court of Law. I know Mr. Kannan for the past decade or more as a friend and as a community leader.

It is a kind of good feeling to learn that Mr. Kannan magnanimously accepted his guilt. It is significant that honesty and integrity are his true character. I could imagine that his acceptance of guilt and forthcoming imprisonment would hurt his life as a whole. He should succumb to due legal process. But this consequence takes toll on the family.

His family would be void of a father and a husband until he serves his time in Jail. Mr. Kannan's elderly mother would be grieving about his precious son. We would miss him as a friend in the community.

As Mr. Kannan and his family are going through this precarious situation, I strongly believe that Mr. Kannan would never think of any lawlessness to the rest of his life. He had a clean record of civic responsibility and law abidance except this mistake.

Far and beyond this jail sentence, Mr. Kannan and including his family are punished emotionally and economically. I would humbly request you to reduce his sentence to the bring him back as a responsible father and a husband to his family.

I do appreciate taking time to read this note. We, as a community stand by his family to support in this time of sorrow.

Sincerely,

Vallabai Isaac

To:
Hon. Emmet.G. Sullivan
United States District Court
District of Columbia

Dear Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is my younger
brother. Needless to say that I have known him all his life time. While he was in India
he took very good care of our ailing father during last days of life. Mr. Kannan is so
compassionate that he is caring for his 87 years old mother now living with him in
Germantown, Maryland.

Because Mr. Kannan is well educated engineer he has been holding a very sensitive and
responsible job. Our Indian community family members and friends hold him with high
respect and regards for so many good deeds he has done not only to his friends but also for
his volunteer work at Indian Temples. He is always willing to help in family gatherings,
meetings of various natures and he has always behaved like a true gentleman. Myself
and all our friends found him to be a very decent, hard working and compassionate
individual. He is a devoted father for his two sons. I am totally aware of what Mr.
Kannan alleged to have committed. I can definitely assure you Judge that my brother
will never again commit a criminal offense.

I understand that Mr. Kannan my be sentenced to possibly jail for his offense. He has
told me he has realized his mistake and he is extremely sorry. So Honorable Judge
Sullivan, consider his ailing mother, we pray and beg you to be considerate with him

Bagya Thangavelu
1404 Harrison Hills
Danville, Illinois 61832
217-442-0634

January 3, 2007

### *Request for Leniency in the Sentencing of Mr. Kesarimangalam Kannan*

To the Honorable Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan.  I am a close family friend of Mr. Kannan and have known him for over 17 years.  I know him to be an honest family-oriented man whose forthright and honest opinions I have come to respect and value.  He is a well-educated man who has a position of respect at Swales Aerospace and NASA.  He is also known in our community as a person with a high ethical standard and firm moral code and is therefore esteemed by all.

The nature of the accusations that were leveled against Mr. Kannan a few months ago came as a brutal shock for all of his family and friends.  As a woman who grew up around Mr. Kannan, I can say in all honesty that I have never felt uncomfortable around Mr. Kannan and I have always regarded him as family.  I have given testimony on his behalf to this effect.  I have also spoken with him about the charges and he understands the grievous nature of this crime.  He has expressed his deep and genuine compunction over the whole incident and I sincerely believe that he wholeheartedly regrets his actions.  For this reason, I am writing to plead for leniency on his behalf.  Mr. Kannan has no prior history of criminal activity, is a greatly admired member of our community, and has understood his crime and expressed his sincere regrets.  I respectfully ask that these details be taken into consideration when deliberating Mr. Kannan's sentence.

Thank you very much for your time and consideration.

Sincerely,

Shobana Gopalswamy
11205 Green Watch Way
North Potomac MD, 20878
301-217-9691

December 26, 2006

Hon. Judge Emmet G. Sullivan
United States District Court
Washington, District of Columbia

Dear Judge Sullivan,

I have known Mr. Kesarimangalam Kannan since 1996 as a good family friend.  We have met frequently at our respective residences, as well as in other social gatherings.

The past ten years of association with him have shown that he is a man of integrity, and is extremely dedicated to his family, and is extremely peace-loving.  He is a fine, well-balanced person with an abundance of positive qualities. He has presented himself as a respectful member of society.

He is always more than ready to help anybody with anything he can.  There have been many instances where he has proved all these qualities.

I am aware that Mr. Kannan has committed a very serious offense, and that he has pled guilty and will be sentenced for his crime.  I certainly do not sanction what he has done but I still consider Mr. Kannan to be a worthy person. So I request you to consider for a lenient sentence.

Sincerely,

Partha Gosakan
14219 Autumn Gold Rd
Boyds MD 20841-4207
Ph. (301) 540-2743

14326 Cartwright Way
North Potomac MD 20878

Tel: 301-251-8975

December 10, 2006

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is my friend. I
have known Mr. Kannan ever since I moved to Washington D.C. area in early 1998. We
usually gathered at Kannan's house on many New Year parties and Kannan was a very
gracious host on those occasions. Kannan and his family have visited us on many
occasions during the last 9 years. He is a caring and helpful person. He is well known in
South Indian community and he has a lot of friends.  Kannan has a brother and a sister,
who live in this country, but Kannan was the one to support his aged mother in his home.

I am aware that Kannan has committed a very serious offense.  I certainly do not condone
what he has done. I was in shock and utter disbelief when I heard of this incident.

I am certain that Kannan is remorseful for his action and I still believe that he is a person
of many positive qualities. I request you to kindly show clemency towards him.


Thank you.

Sincerely,

R. Mathi Vaheesan

10315 Castlefield St
Ellicott City, MD 21042
410 418-8698
December 6, 2006

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Hon. Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is a friend of mine.
I have known Mr. Kannan for the past 15 years. I probably see him once in 3 months
during community get together.

I am aware that Mr. Kannan has committed a very serious offense, that he has pled guilty
and that he will be sentenced for his crime. I believe every human being should be given
a second chance and I think Mr. Kannan to be a worthy person and given a second chance
will never again commit a criminal offense. I feel very sorry for his family who is
suffering a great deal because of his mistake and I request your consideration of this
during the sentencing phase.

Thank you for considering this request.

Sincerely,

Daivamani Sivasailam, MS
Transportation Engineer

Panneer & Chitra Ramasamy
1452 Yellowwood Ct.,
Reston, VA   20190
12/10/2006


Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia


Dear Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who was a friend. We have known Mr. Kannan for about 7 years. To our knowledge, at any time by word or deed , Kannan has never given us any reason to distrust him nor has he behaved in a questionable manner.  He has been a  kind, considerate and helpful person.

We are aware that Mr. Kannan has committed a very serious offense that he has pleaded guilty and that he will be sentenced for his crime.  We certainly do not sanction what he has done but I still consider  Mr. Kannan to be a worthy person and believe that he will never again commit a criminal offense.


Sincerely,

(Panneer Ramasamy)

(Chitra  Ramasamy)

December 24, 2006

Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is a family friend.
I have met him frequently at our respective residences, as well as in family parties,
weddings, temples and other social gatherings outside. The past 14 years of association
with him have shown that Kannan has qualities of leadership, kindness and commitment,
and he has presented himself as a respectable member of society.

Kannan is a well educated and highly respectable person. He has been very popular and
has a very wide circle of friends. He has always been a good friend, always willing to
help everybody.   When a problem arose, no matter how minor, we (i.e us as well as our
mutual friends) have looked to him for support, and we have depended on him for good
solutions to any situation.  His dependability and relaibility in these situations has
allowed our trust in him to grow over the years.  To our knowledge, at any time by word
or deed , Kannan has never given us any reason to distrust him nor has he behaved in a
questionable manner.  He has consistently been a very decent, kind, considerate and
helpful person.

We are aware that Kannan will be sentenced to jail for a serious offense. I am sure Mr.
Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan, we beg
you to please be lenient with him.

Sincerely,

Krishnaveni Doraisamy
1804 Mount Pisgah Lane Apt#24
Silver Spring, MD 20903
Ph 301-439-6111

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia


Dear Judge Sullivan

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is my brother.I
have known Mr Kannan for a long time.I have met him at his residences, as well as in
family parties and other social gatherings outside.I have known kannan as my brother
from my childhood and since my coming to USA in aug 1995.Kannan has qualities of
leadership, kindness and commitment,and has presented himself as a respectable member
of the society.

Kannan is well educated and highly respected amoung his circle of friends. He has been
well known and has been very popular amoung his circle of friends. He has always been
a good friend willing to help everybody when any need arouse.  When a problem arose,
no matter how minor or major it was they looked to him for support,help and
assistance.His dependability and relaibility in these situations has allowed him to earn
their respect and trust.Kannan has never given anybody any reason to distrust him nor has
he behaved in a questionable manner.  He has consistently been a very decent, kind,
considerate and helpful person.

We are aware that Kannan will be sentenced to jail for a serious offense. I am sure Mr.
Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan, I beg
you to have these extreame Good Qualities of  Mr Kannan while awarding your verdict.



K S MOHAN


3904 Penderview drive ,Apt # 728
Fairfax V A - 22033
Tel # 703-246-9136

December 11, 2006

Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is our family
friend for over 20 years. We lived in the same neighborhood for over 14 years. In these
past years I have met Mr. Kannan and his family frequently at our respective residences,
parties, weddings, temples and other social gatherings. He has always shown his
kindness, commitment, dependability and reliability. He is a respectable person among
our friends. To our knowledge, at any time, Mr. Kannan has never given us any reason to
distrust him nor has he behaved in a questionable manner.

We are aware that Mr. Kannan will be sentenced to jail for a serious offense. I am sure
Mr. Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan,
please be lenient with him.

Sincerely,

Vathsala Selvam
15617 Plantation Court
Laurel, MD 20707
Phone: 301-725-1687

12/7/2006

To
Hon Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

We are writing this letter about Mr. Kesarimangalam Kannan who is our family friend. My wife and I have known Mr. Kannan since 1995 and have met him many times at our respective residences, as well as in family parties. In our association for the past 11 years with him, Kannan has always presented himself as a respectable member of society and has shown kindness and courtesy to all.

Kannan is a well-educated and well respectable person. He has a very wide circle of friends and been very popular among his friends. He has always been a good friend willing to help everybody. To our knowledge Kannan has never given us any reason to distrust him nor has he behaved in a questionable manner. He has consistently been a very decent, kind, considerate and helpful person.

We are aware that Mr. Kannan has committed a very serious offense, that he has pled guilty and that he will be sentenced for his crime. We certainly do not sanction what he has done but still consider Mr. Kannan to be a worthy person and believe that he is very unlikely to behave in this manner again. So Hon Judge Sullivan, we request you to kindly consider his good record in deciding his final sentencing.

Sincerely,

Anbazhagan Ramaswamy

Bhuvaneswari Anbazhagan

3421 Moultree place
Baltimore MD 21236
Ph: 410-663-8316

Hon. Emmet G. Sullivan
United states  District Court Judge
District of Columbia

Dear Judge Sullivan,

I am writing this letter on behalf of Mr. Kesarimangalam Kannan, who is a family friend.
My wife, mother-in-law, daughter, son and I have known Mr. Kannan since 1990 as a
friend and have met him frequently at our respective residences, monthly investment
meetings (Coral Investment Club)and other social gatherings outside. The past 16 years
of association with him have shown that Kannan has qualities of leadership, kindness and
commitments and he has presented himself as a respectable member of society.

Kannan is a well educated and highly respectable person, He has been very popular and
has a very wide circle of friends. He has always been a good friend and always willing to
help everybody. When a problem arose, no matter how minor, we have looked to him for
support, and we have depended on him for good solutions to any situation.  His
dependability and reliability in these situations has allowed our trust in him to grow over
the years.  To our knowledge, at any time by word or deed, Kannan has never given us
any reason to distrust him nor has behaved in a questionable manner.  He has consistently
been a very decent, kind, considerate and helpful person.

We are aware that Kannan will be jailed for a serious offense.  I am sure Kannan is
extremely sorry and has realized his mistake. So, Hon Judge Sullivan, we beg you to
please be lenient with him.

Rajagopal Raja
14300 Kings Crossing Blvd.
Boyds, MD 20841
Ph. 301-528-5353

**Saraswathi Ranganathan,** B.A., M.S.
Vice Chairperson, Murugan Temple of North America, Inc.
**5901 Empire Way, Rockville, MD 20852**

To

December 16, 2006

Hon. Emmet G. Sullivan
United States District Court Judge
District of Columbia

### Request for Leniency in the Sentencing of Mr. Kesarimangalam Kannan

Honorable Emmet G. Slullivan

I am writing this note from the point of view of a religious elderly member of Asian Indian Community in the Metropolitan Washington and Baltimore areas, and the Vice Chairperson of a Hindu Temple for Tamil God, Murugan, with devotees across the North America in whose congregation Mr. Kannan is a well respected member. My family and I have known Mr. Kannan for more than a decade as a very good friend that one could rely upon for help anytime. In fact the Tamil Community in the Washington, the neighboring suburbs in Maryland and Virginia, and Baltimore elected him as President of its Cultural and Social Association few years ago. I realize that the act committed by him is morally unacceptable to the middle class Hindu Society in the US. However he now appears to repent for his mistake. In fact by pleading guilty waiving a Jury trial he has accepted responsibility for his action.

Although as a religious Hindu I strongly believe that one should repent and pay for his/her mistakes, considering that it is his first offence for which he repents and that a harsher sentence would hurt his family, especially his elderly mother, I believe that leniency could be shown in his sentencing. With a minimum sentence limiting/avoiding jail time combined with community service, Kannan could still be rehabilitated to continue to be a productive member of the society.

Sincerely,

(Saraswathi Ranganathan)

December 24, 2006

Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is a family friend.
I have met him frequently at our respective residences, as well as in family parties,
weddings, temples and other social gatherings outside. The past many years of
association with him have shown that Kannan has qualities of leadership, kindness and
commitment, and he has presented himself as a respectable member of society.

Kannan is a well educated and highly respectable person. He has been very popular and
has a very wide circle of friends. He has always been a good friend, always willing to
help everybody.   When a problem arose, no matter how minor, we (i.e us as well as our
mutual friends) have looked to him for support, and we have depended on him for good
solutions to any situation.  His dependability and relaibility in these situations has
allowed our trust in him to grow over the years.  To our knowledge, at any time by word
or deed , Kannan has never given us any reason to distrust him nor has he behaved in a
questionable manner.  He has consistently been a very decent, kind, considerate and
helpful person.

We are aware that Kannan will be sentenced to jail for a serious offense. I am sure Mr.
Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan, we beg
you to please be lenient with him.

Sincerely,

Karthick Venkatasamy Jaganathan
1804 Mount Pisgah Lane Apt#24
Silver Spring, MD 20903
Ph 301-439-6111

December 24, 2006

Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is a family friend.
I have met him frequently at our respective residences, as well as in family parties,
weddings, temples and other social gatherings outside. The past 14 years of association
with him have shown that Kannan has qualities of leadership, kindness and commitment,
and he has presented himself as a respectable member of society.

Kannan is a well educated and highly respectable person. He has been very popular and
has a very wide circle of friends. He has always been a good friend, always willing to
help everybody.   When a problem arose, no matter how minor, we (i.e us as well as our
mutual friends) have looked to him for support, and we have depended on him for good
solutions to any situation.  His dependability and relaibility in these situations has
allowed our trust in him to grow over the years.  To our knowledge, at any time by word
or deed , Kannan has never given us any reason to distrust him nor has he behaved in a
questionable manner.  He has consistently been a very decent, kind, considerate and
helpful person.

We are aware that Kannan will be sentenced to jail for a serious offense. I am sure Mr.
Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan, we beg
you to please be lenient with him.

Sincerely,

Senthil Doraisamy
1804 Mount Pisgah Lane Apt#24
Silver Spring, MD 20903
Ph 301-439-6111

Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan

We are writing this letter on behalf of Mr. Kesarimangalam Kannan who is a family
friend. We have known Mr. Kannan since 1995 as a friend and have met him frequently
at our respective residences, as well as in family parties, weddings, temples and other
social gatherings outside.

The past 11 years of association with him have shown that Kannan has qualities of
leadership, kindness and commitment, and he has presented himself as a respectable
member of society.

Kannan is a well-educated and highly respectable person. He has been very popular and
has a very wide circle of friends. He has always been a good friend, always willing to
help everybody.  When a problem arose, no matter how minor, we (i.e., us as well as our
mutual friends) have looked to him for support, and we have depended on him for good
solutions to any situation.  His dependability and reliability in these situations has
allowed our trust in him to grow over the years.  To our knowledge, at any time by word
or deed, Kannan has never given us any reason to distrust him nor has he behaved in a
questionable manner.  He has consistently been a very decent, kind, considerate and
helpful person.

We are aware that Kannan will be sentenced to jail for a serious offense.  We are sure Mr.
Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan, we beg
you to please be lenient with him.

/sd/ *J. Chandrasekaran*
*maragatha Chandrasekaran*                    Date: 12/06/2006
Name: T. Chandrasekaran & Maragatham Chandrasekaran
Address: 1 Red Kiln Court, Gaithersburg, MD- 20878
Phone No: 301-977-4838

December 24, 2006

Hon. Judge Emmet G. Sullivan
United States District Court Judge
District of Columbia

Dear Judge Sullivan:

I am writing this letter on behalf of Mr. Kesarimangalam Kannan who is a family friend.
I have met him frequently at our respective residences, as well as in family parties,
weddings, temples and other social gatherings outside. The past 14 years of association
with him have shown that Kannan has qualities of leadership, kindness and commitment,
and he has presented himself as a respectable member of society.

Kannan is a well educated and highly respectable person. He has been very popular and
has a very wide circle of friends. He has always been a good friend, always willing to
help everybody.   When a problem arose, no matter how minor, we (i.e us as well as our
mutual friends) have looked to him for support, and we have depended on him for good
solutions to any situation.  His dependability and relaibility in these situations has
allowed our trust in him to grow over the years.  To our knowledge, at any time by word
or deed , Kannan has never given us any reason to distrust him nor has he behaved in a
questionable manner.  He has consistently been a very decent, kind, considerate and
helpful person.

We are aware that Kannan will be sentenced to jail for a serious offense. I am sure Mr.
Kannan is extremely sorry and has realized his mistake. So Hon Judge Sullivan, we beg
you to please be lenient with him.

Sincerely,

Doraisamy Venkatasamy
1804 Mount Pisgah Lane Apt#24
Silver Spring, MD 20903
Ph 301-439-6111

Honors, Awards and Certificates
received by Kannan from NASA

This is the html version of the file

⬡ ⬡ automatically generates html versions of documents as we crawl the web.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:iHUqv5jyHu4J:femci.gsfc.nasa.gov/workshop/2005/presentations/Kunt-
ISIM_Analysis.ppt+kesarimangalam+kannan&hl=en&gl=us&ct=clnk&cd=2

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **kesarimangalam kannan**

**by**

Andrew Bartoszyk, Tim Carnahan, Steve Hendricks,

John Johnston, Jonathan Kuhn, Cengiz Kunt, Ben Rodini

NASA/GSFC Code 542 & Swales Aerospace

## Acknowledgements

ISIM Mechanical Team is gratefully acknowledged with special thanks to

Eric Johnson, Gurnie Hobbs, Acey Herrera, Emmanuel Cofie,

**Kannan Kesarimangalam**, John Ryskewich, Dan Young,

Charles Kaprielian, & Joel Proebstle.

### FEMCI Workshop - May 5, 2005

# Integrated Science Instrument Module (ISIM) Primary Metering Structure

*The National Aeronautics and Space Administration*

*Presents the*

# Group Achievement Award

*to*

## Kesarimangal Kannan

## Tropical Rainfall Measuring Mission (TRMM) Team

## June 16, 1998

*In recognition of your outstanding team accomplishment in the development and implementation of the TRMM.*



*Signed and Sealed at Washington, D.C.*

*Administrator, NASA*

# GODDARD SPACE FLIGHT CENTER

National Aeronautics and Space Administration

*Presents the*

# GROUP ACHIEVEMENT AWARD

*to*

## *K. Kannan*

## X-ray Timing Explorer (XTE) Structure Design Team

## May 16, 1995

*In recognition of your outstanding performance and extraordinary team effort in the design, assembly, and testing of the XTE structure.*



*Signed and Sealed at the*
*Goddard Space Flight Center*

Director, GSFC

# Certificate of Completion

Congratulations to



*Kanman Kesarimang*

For successfully completing CareerTrack's seminar

*Management Skills*

Sally Essenburg, President

3085 Center Green Drive ▲ Boulder, CO 80301 USA ▲ 1-800-334-6780 ▲ http://www.careertrack.com

National Aeronautics and
Space Administration

**Goddard Space Flight Center**
Greenbelt, MD 20771



Reply to Attn of:     114

# 1998 NASA GROUP ACHIEVEMENT AWARD

### TROPICAL RAINFALL MEASURING MISSION (TRMM) TEAM

On June 16, 1998, it was my pleasure to present the 1998 NASA Group Achievement Award to your team "**TROPICAL RAINFALL MEASURING MISSION (TRMM) TEAM**."

Although I was not able to congratulate each of you personally, I would like to take this opportunity to do so on behalf of the Center. You are to be commended not only for your individual efforts, but also as a member of this most impressive team, whose accomplishments have contributed significantly to the mission of Goddard and NASA.

A. V. Diaz
Director





The Cosmic Background Explorer Science Team

express their deep appreciation to

**K. S. Kannon**

for contributions made to the Cosmic Background Explorer satellite discoveries of COBE have helped unravel the mystery of the origins and have received world acclaim. Because of your tireless efforts you have earned the recognition and appreciation of the entire